No. 11–8458. LOTTER v. HOUSTON, WARDEN, 565 U. S. 1268. Petitions for rehearing denied.

No. 11–6205. ORTIZ-ALVEAR v. WELLS, WARDEN, 565 U. S. 1229; and

No. 11–8740. IN RE CRAWFORD, 565 U. S. 1259. Petitions for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of these petitions.

APRIL 26, 2012

No. 11A1024. ADAMS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

No. 11–9359 (11A884). ADAMS v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

APRIL 27, 2012

No. 11–9886 (11A997). IN RE SELSOR. Application for stay of execution of sentence of death, presented to JUSTICE SOTOMAYOR, and by her referred to the Court, denied. Petition for writ of habeas corpus denied.

APRIL 30, 2012

No. 10–1553. BEARD ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Reported below: 633 F. 3d 616;

No. 11–163. GRAPEVINE IMPORTS, LTD., ET AL. v. UNITED STATES. C. A. Fed. Cir. Reported below: 636 F. 3d 1368; and

No. 11–582. SALMAN RANCH, LTD., ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Reported below: 647 F. 3d 929. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of United States v.